**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Game Time L.L.P., | ) | No. 04-CV-0700-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Totally Tickets, Inc., et al. | ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Motion for Extension of Time to Complete Discovery (Doc. 77), and good cause appearing,

IT IS ORDERED that the deadline for completing discovery and filing dispositive motions is extended up to and including February 13, 2006.

IT IS FURTHER ORDERED that the parties' Joint Pretrial Statement is due on or before Monday, March 27, 2006.

IT IS FURTHER ORDERED that a Pretrial Conference is scheduled for Monday, April 10, 2006 at 3:30 p.m. in Courtroom 601.

DATED this 14th day of November, 2005.

Paul G. Rosenblatt
United States District Judge