**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Game Time L.L.P., | ) | No. CV 04-0700-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Totally Tickets, Inc., et al. | ) | |
| Defendants. | ) | |

After reviewing the parties' Stipulation for Extension of Time to Complete Discovery submitted to this Court, and having been otherwise fully informed of all relevant facts and circumstances in this matter,

IT IS ORDERED that the parties' request from this Court for an additional 120 days to complete discovery and file dispositive motions is GRANTED. The deadline for the completion of these activities expired on February 13, 2006. The parties allowed this deadline to pass due to the filing of Plaintiff's Motion to Compel Production of Documents and Defendant's Motion for Protective Order, which were heard by this Court on February 27, 2006. By this Order, the Court is extending the discovery and the dispositive motion deadline in the above captioned matter for 120 days, from February 27, 2006 to June 26, 2006.

1       IT IS FURTHER ORDERED that the Pretrial Conference currently scheduled for
2  Monday, April 10, 2006 is VACATED and RESET for Monday, July 24, 2006 at 3:00 p.m.
3  The parties' Joint Pretrial Statement is due to the Court on or before Monday, July 10, 2006.
4       DATED this 28th day of March, 2006.

*(signature)*
Paul G. Rosenblatt
United States District Judge