**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Game Time L.L.P., ) | No. CV 04-0700-PHX-PGR |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **PROTECTIVE ORDER** |
| Totally Tickets, Inc., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The various parties to this controversy, including Plaintiff, Game Time L.L.P., represented by Daniel W. Dickerson of Daniel W. Dickerson, P.C. and Defendants, Totally Tickets, Inc., Starstruck Collectibles, Inc., Mike Fletcher, Shawn Norman and Koleen Gordon, represented by Kenyatta R. Bethea of Holloway, Dobson & Bachman, desire to establish a protocol for the inspection, photographing, examination, and otherwise exchange of confidential, privileged and proprietary information.

**IT IS HEREBY AGREED between the parties that the following limitations apply:**

1. That all parties to the civil litigation Case No. CV 04-0700-PHX-PGR shall be bound by the terms of this agreement. Any and all records with credit card numbers, bank account numbers and other financial account information regarding any persons or corporations shall be redacted out with only the last four (4) digits revealed.

2. The parties agree that all records designated as such shall be held confidential and shall only be used for the purpose of the civil litigation and for no other purpose.

3. The parties agree that if such records are filed with the Court for any purpose or if the contents of such records are disclosed in any document, such records or documents disclosing the contents of such records shall be filed under seal with a legend plainly marked: **"CONFIDENTIAL RECORDS TO BE OPENED BY THE COURT OR COURT STAFF."**

4. Such records or the contents thereof may be disclosed only to the following persons without leave of Court: (1) counsel for the parties; (2) expert witnesses who are qualified to evaluate such records who have been designated by one or more of the parties as experts in accordance with the Court's Scheduling Order; and (3) the parties.

5. If such records or their contents are disclosed during any deposition or recorded argument or proceeding, any transcript of such deposition, argument, or proceeding shall be sealed and marked as provided by this Order.

6. No document setting forth unredacted Confidential Information shall be electronically filed pending a further Court order or a published change in the District of Arizona's policy regarding the filing of sealed documents. Instead, the following procedure shall be used for filing documents with the Court containing Confidential Information:

(a) The original of any document to be filed with the Court, including memoranda of points and authorities, deposition transcripts and exhibits, that references Confidential Information shall be electronically filed in redacted format. Any such document shall have redacted, from the original filed document only, just those specific sentences or paragraphs containing the Confidential Information, and a blank space shall be inserted at the site of each

1 redaction in the original document which shall contain the notation that
2 Confidential Information has been redacted and filed separately under seal.
3 (b) The redacted sentences or paragraphs containing the Confidential
4 Information shall be separately filed, non-electronically, in a sealed envelope
5 that is endorsed with the caption of the case, the caption of the document, and
6 an appropriate designation stating that it contains confidential contents filed
7 pursuant to a protective order.
8 (c) The Judge's copy of the original filed document, whether an e-mailed copy
9 or a delivered courtesy copy, or both, shall not contain any redactions, but the
10 sentences or paragraphs containing the Confidential Information redacted from
11 the original filed document shall be double underlined on the Judge's copy and
12 a notation shall be placed on those pages stating that Confidential Information
13 is contained therein.
14 7. The Judge's copy of the filed document shall not contain any deletions, but the
15 paragraphs deleted from the original document shall be double underlined on
16 the Judge's copy and a notation placed on those pages stating that confidential
17 information is contained therein.
18 8. This Order may be modified upon written application to the Court and for
19 good cause shown.
20 9. Counsel are directed to cooperate with one another in order to promote the
21 expeditious resolution of any dispute under this order. However, no motion
22 seeking resolution of any dispute concerning any production or designation of
23 Confidential Information or an amendment to the Protective Order shall be
24 filed with the Court unless a statement of moving counsel is attached thereto
25 certifying that after personal consultation and sincere efforts to do so, counsel
26 have been unable to satisfactorily resolve the matter.

1    6.    Upon termination of this action, whether by trial, settlement, dismissal or other disposition, all copies of such material shall be returned to the party who produced it or shall be destroyed.

7.    Nothing contained in this Order shall limit or be deemed a waiver by any party of its rights to file motions or other papers or pleadings with this Court or to offer said items into evidence in this case; and

8.    All parties to this action shall be bound by the terms of this Order and shall conduct themselves accordingly.

DATED this 5th day of April, 2006.

*[signature]*

Paul G. Rosenblatt
United States District Judge

- 4 -

1  APPROVED: