**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Game Time L.L.P., an Oregon, Limited Liability Partnership, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CV 04-0700-PHX-PGR |
| Totally Tickets, Inc., an Oklahoma Corporation; Starstruck Collectibles, Inc., an Oklahoma Corporation; Mike Fletcher, individually; Shawn Norman; individually; and Kolleen Gordon, individually, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

After reviewing the parties' Joint Motion for Extension of Time to Complete Discovery submitted to this Court, and having been otherwise fully informed of all relevant facts and circumstances in this matter,

IT IS ORDERED that the parties' request from this Court for an additional 120 days to complete discovery and file dispositive motions is GRANTED. By this Order, the Court is extending the discovery and the dispositive motion deadline in the above captioned matter for 120 days, from June 26, 2006 to October 24, 2006.

DATED this 14th day of June, 2006.

_____
Paul G. Rosenblatt
United States District Judge