**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Game Time L.L.P., | ) | No. CV 04-0700-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Totally Tickets, Inc., et al. | ) | |
| Defendants. | ) | |

After reviewing the Motion to Withdraw as Counsel of Record (Doc. 98) submitted to this Court and having been otherwise fully informed of all relevant facts and circumstances in this matter,

IT IS ORDERED that the request to this Court to withdraw Daniel D. Dickerson, P.C. as counsel of record in the above captioned case is GRANTED.

DATED this 25th day of July, 2006.

Paul G. Rosenblatt
United States District Judge