**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Game Time L.L.P., | ) | No. CV 04-0700-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Totally Tickets, Inc., et al. | ) | |
| Defendants. | ) | |

After reviewing Plantiff's Motion for Substitution of Counsel (Doc. 102) submitted to this Court pursuant to Local Rule 83.3, and the Court having been otherwise fully informed of all relevant facts and circumstances in this matter,

IT IS ORDERED that Glen McClendon, of Lindsay, Hart, Neil & Weigler, LLP, is substituted as counsel of record for Game Time, L.L.P.

DATED this 25th day of July, 2006.

Paul G. Rosenblatt
United States District Judge