**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Game Time L.L.P., ) | No. CV 04-0700-PHX-PGR |
|     Plaintiff, ) | |
| vs. ) | |
| ) | **PROTECTIVE ORDER** |
| Totally Tickets, Inc., et al. ) | |
|     Defendants. ) | |

**WHEREAS**, the various parties to this controversy, including Plaintiff, Game Time, L.L.P., represented by Glen McClendon of Lindsay, Hart, Neil & Weigler, L.L.P., and Defendants, Totally Tickets, Inc., Starstruck Collectibles, Inc., Mike Fletcher, Shawn Norman and Koleen Gordon, Represented by Kenyatta R. Bethea of Holloway, Bethea & Osenbaugh, P.L.L.C., are bound by the rules of confidentiality surrounding the Settlement Conference that was held on August 4, 2006 in this matter.

**IT IS HEREBY ORDERED** the following limitations apply to all persons present during the same:

1. That all parties to the civil litigation Case No. CV 04-0700-PHX-PGR shall be bound by the terms of this agreement.

2. That all non-parties, including specifically Tony Spears, who attended the settlement conference, shall be bound by the terms of this agreement.

3. That all persons, including parties and non-parties, shall not discuss any of the facts or circumstances from the settlement conference whether presented in written or oral form.

4. That all persons, including parties and non-parties, shall not attempt to submit any of the facts or circumstances from the settlement conference into evidence in the trial of this matter.

5. This Order may be modified upon written application to the Court and for good cause shown. Counsel are directed to cooperate with one another in order to promote the expeditious resolution of any dispute under this order. However, no motion seeking resolution of any dispute concerning any production or designation of Confidential Information or an amendment to the Protective Order shall be filed with the Court unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter.

6. That all parties shall refrain from bringing non-parties to future settlement conferences or mediations in this matter.

7. Nothing contained in this Order shall limit or be deemed a waiver by any party of its rights to file motions or other papers or pleadings with this Court or to offer said items into evidence in this case; and

8. All parties to this action shall be deemed bound by the terms of this Order and shall conduct themselves accordingly.

DATED this 18th day of September, 2006.

Paul G. Rosenblatt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  APPROVED:

- 4 -