**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Game Time L.L.P., | ) | No. 04-CV-0700-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Totally Tickets, Inc., et al. | ) | |
| Defendants. | ) | |
| | ) | |

A Pretrial Conference was held in this matter on February 12, 2007 at 3:00 p.m. During that conference, the Court admonished the parties for failing to adhere to this Court's required format for the Joint Pretrial Statement. The document presented to the Court was inadequate. As such, the Court admonished the parties and ordered that a revised Joint Pretrial Statement be filed with the Court within two weeks. A telephonic Pretrial Conference was then scheduled for March 5, 2007. However, it is clear to the Court after receiving and reviewing the parties' Amended Joint Pretrial Statement on February 26, 2007, that the revised Joint Pretrial Statement was not a jointly prepared document as required and would not assist this Court in moving the matter to trial. The telephonic Pretrial Conference was vacated. The Court now finds that it would be fruitless to reset the Pretrial Conference due to counsel's repeated failure to adequately prepare this document. This forces the Court to conclude that the issues that it hoped would be resolved during the Pretrial Conference and through the Joint Pretrial Statement must now be  resolved at trial. Therefore,

1  IT IS HEREBY ORDERED that the jury trial in this matter shall commence on **Tuesday, June 19, 2007, at 9:00 a.m.,** in the United States District Court, Courtroom 601, 401 W. Washington Street, Phoenix, Arizona.  The maximum length of the trial shall be **ten (10) days**.  The parties are hereby notified that this is a firm trial date.  The Court will entertain no motions to continue due to vacations or conflicts with counsel's other trials or in-court hearings.  If counsel finds that it does have a trial conflict he is ordered to inform the court in writing within **five (5) days** of the date of this order.  The notice to the Court shall include the substance of that conflict, the name of the presiding Judge, and the contact information for that Judge's chambers.  The Court will resolve the conflict directly.

IT IS FURTHER ORDERED that each party shall file a trial brief no later than **Tuesday, May 29, 2007, by 1:00 p.m.**  The trial brief shall raise all significant disputed issues of law and fact, including foreseeable procedural and evidentiary issues, and shall set forth the party's positions thereon with supporting arguments and authorities.

IT IS FURTHER ORDERED that the parties shall file their proposed voir dire questions and proposed jury instructions, together with proposed forms of verdict for each count of the complaint, including special interrogatories, if applicable, no later than **Tuesday, May 29, 2007, by 1:00 p.m.**[1]  Proposed jury instructions shall be filed in compliance with LRCiv 51.1, **AS MODIFIED BY THE ATTACHED EXHIBIT SETTING FORTH THE COURT'S ADDITIONAL INSTRUCTIONS FOR SUBMITTING JURY INSTRUCTIONS.**

**Counsel are advised that the instructions for submitting jury instructions must be followed.**

DATED this 17th day of April, 2007.

Paul G. Rosenblatt
United States District Judge

---

[1] The parties are advised that they will receive a packet with instructions on the marking and submission of trial exhibits from the Court's courtroom deputy, Traci Abraham, (602)322-7225 approximately two weeks before trial.

**REQUIREMENTS FOR SUBMITTING CIVIL JURY INSTRUCTIONS IN JUDGE ROSENBLATT'S COURT:**

**Counsel are warned that improper submission of jury instructions will result in the striking of same.**

**Counsel to use only 2001 Ninth Circuit Model Civil Jury Instructions, together with any amendments thereto.**

**INSTRUCTIONS FOR E-FILING JURY INSTRUCTIONS WITH THE CLERK OF THE COURT:**

Counsel to e-file the following:

- <u>**Jury Instructions with no modifications:**</u>  If a Ninth Circuit model instruction has no modifications, list only that instruction number and instruction title.

- <u>**Requested/Modified Jury Instructions**</u>:  If a Ninth Circuit model instruction has a blank, that information **must be** filled out, in **bold**, by Counsel, unless it is information that cannot be filled out until the Judge and Counsel go over jury instructions at close of trial. **– In any event, that modified instruction must now be part of Counsel's requested instructions and must be numbered as such.\***

- – If a Ninth Circuit model instruction has been modified,**\*** counsel must type such modification in **bold**, such that the Court can easily determine which portion of the instruction is the standard, and which portion has been modified.

- – If a Ninth Circuit model instruction has been modified,**\*** counsel must submit each modified instruction on its own page.

   **\* Any model instruction which has been modified will be considered a "requested instruction" and must be numbered in a consecutive pattern.**

- 3 -   **EXHIBIT TO ORDER**

**INSTRUCTIONS FOR E-MAILING JURY INSTRUCTIONS DIRECTLY TO CHAMBERS E-MAILBOX:**

Counsel shall **e-mail** (the subject line of the e-mail shall contained the case number and case name) directly to the Chambers e-mailbox (Rosenblatt_Chambers@azd.uscourts.gov) a "**CLEAN COPY**" of **all modified/requested** jury instructions, **NO LATER THAN THE DATE INDICATED IN THE TRIAL ORDER**, in accordance with the following instructions:

**Clean Copy of Modified/Requested Jury Instructions:**

- The **CLEAN COPY** shall be:

    - In **WordPerfect versions 7 or 9, Windows 98, or 2000, or WordPerfect compatible format.  No .pdf documents will be accepted**;

    - In **COURIER 12pt.** font;

    - In **NON-CAPITALIZED, DOUBLE SPACED TEXT, with FIVE-SPACE TAB INDENTATION**; and

    - Only **ONE** instruction per page.

- The **CLEAN COPY shall not** have any bolding, titles, cites, instruction numbers, pagination, letterhead markings, or similar notations signaling which party submitted them.

**ANY QUESTIONS, PLEASE CALL JUDGE ROSENBLATT'S CHAMBERS - 602-322-7510.**

- 4 -        **EXHIBIT TO ORDER**