**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Game Time L.L.P., | ) | No. CV 04-0700-PHX-PGR |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Totally Tickets, Inc., et al. | ) | |
| Defendants. | ) | |

In light of the parties' Stipulation for Dismissal With Prejudice (Doc. 134), IT IS ORDERED that this matter and all claims included therein be dismissed with prejudice. Therefore, IT IS ORDERED dismissing with prejudice Case No. CV 04-0700-PHX-PGR. The Clerk is directed to close the case.

DATED this 18th day of June, 2007.

Paul G. Rosenblatt
United States District Judge